■ In the Matter of AXEL HEYDASCH, a Suspended Attorney. [52 NYS3d 890]—Motion by Axel Heydasch for reinstatement to the Bar as an attorney and counselor-at-law. Mr. Heydasch was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on October 6, 1982. By opinion and order of this Court dated April 24, 2012, this Court suspended Mr. Heydasch from the practice of law for a period of three years, effective May 24, 2012, based on the discipline taken against him by the Supreme Court of the State of Florida (*see Matter of Heydasch*, 96 AD3d 84 [2012]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Axel Heydasch is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Axel Heydasch to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Hall, JJ., concur.

■ In the Matter of JOHNATHAN JOHNSON, Petitioner, v CARMEN R. VELASQUEZ, Respondent. [52 NYS3d 909]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Carmen R. Velasquez, a Justice of the Supreme Court, Queens County, to determine the petitioner's motion in an action entitled *Johnson v R & G Gen. Constr. Co.*, pending in that court under Index No. 20061/12, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.

The instant proceeding has been rendered academic in light of the determination of the subject motion in an order of the Supreme Court, Queens County, entered December 29, 2016. Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.